RECEIVED
MAR 02 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Mona Sabri

---

26-cv-1689-DWF/DTS

EXHIBIT LIST

| Exhibit | Document |
|---|---|
| A | Excerpts from Chubb Masterpiece Policy No. 1413829602 (declarations, ALE provision, appraisal clause, loss payment provisions) |
| B | Umpire Appraisal Award & Scope (December 10, 2025) |
| C | Chubb Claim Letter dated December 31, 2025 |
| D | Chubb Claim Letter dated January 13, 2026 |
| E | Chubb ALE Letter dated November 14, 2025 |
| F | Chubb Letter dated January 23, 2026 (ALE appraisal scope limitation) |
| G | Docket entries from Chubb Indemnity Ins. Co. v. Sabri et al., No. 25-cv-3164 (D. Minn.) |
| H | Affidavit of Paul Norcia |

SCANNED
MAR 02 2026
U.S. DISTRICT COURT MPLS