RECEIVED
MAR 02 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

MOHAMMAD SABRI and MONA SABRI,
Plaintiffs,

v. **Court File No.:** 26-cv-1689-DWF/DTS

CHUBB INDEMNITY INSURANCE COMPANY,
Defendant.

**CIVIL COVER SHEET (JS■44)**

---

Plaintiffs: Mohammad Sabri; Mona Sabri

Defendant: Chubb Indemnity Insurance Company

Nature of Suit: Insurance (110)

Cause of Action: 28 U.S.C. § 1332; 28 U.S.C. § 2201

SCANNED
MAR 02 2026
U.S. DISTRICT COURT MPLS