**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MOHAMMAD SABRI and MONA SABRI,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | Case No. 0:26-cv-01689 (PJS/SGE)<br><br>**PLAINTIFFS' MOTION TO CONFIRM APPRAISAL AWARD, STRIKE IMPROPER CONDITIONS, AND COMPEL PAYMENT OF WITHHELD APPRAISAL FUNDS** |

**NOTICE OF MOTION AND MOTION**

Plaintiffs move the Court for an Order confirming the appraisal award and compelling payment of $610,000 wrongfully withheld.

**RELIEF REQUESTED**

1. Confirm the binding nature of the appraisal award;
2. Declare General Contractor Overhead and Profit part of the determined loss;
3. Strike Defendant's post-appraisal payment conditions;
4. Order Defendant to pay $610,000;
5. Order payment within fourteen (14) days;
6. Reserve Plaintiffs' rights to seek additional relief.

**BASIS FOR MOTION**

This motion concerns only enforcement of the appraisal award and does not address the remaining claims in this litigation.

The appraisal process determined the amount of Plaintiffs' covered loss. Defendant has paid portions of that award but continues to improperly withhold $610,000 relating to General Contractor Overhead and Profit based on conditions imposed after the appraisal was completed.

Plaintiffs contend Defendant lacks authority to impose such conditions after the amount of loss has been determined.

**ARGUMENT**

Plaintiffs certify that they made good faith efforts to resolve this dispute without Court intervention, including a written demand for release of the withheld funds sent to Defendant on March 16, 2026. Defendant has not agreed to release the funds.

**CONCLUSION**

Plaintiffs respectfully request that the Court:

1. Confirm the appraisal award;
2. Declare GCOP part of the determined loss;
3. Strike Defendant's post-appraisal payment conditions;
4. Order Defendant to pay $610,000;
5. Order payment within fourteen (14) days;
6. State this motion concerns only enforcement of the appraisal award;
7. Grant any additional relief the Court deems just and proper.

**RESERVATION OF RIGHTS**

This motion concerns only enforcement of the appraisal award and does not address remaining claims. Plaintiffs expressly reserve all additional rights and remedies.

Date: March 19, 2026

/s/ Mohammad Sabri

Mohammad Sabri
6813 Creston Road
Minneapolis, MN 55435
Plaintiff, Pro Se