**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MOHAMMAD SABRI and MONA SABRI,

Plaintiffs,

v.

CHUBB INDEMNITY INSURANCE COMPANY,

Defendant.

Case No. 0:26-cv-01689 (PJS/SGE)

**DECLARATION OF MOHAMMAD SABRI**

1. I am a Plaintiff in this action.
2. The parties completed the appraisal process.
3. Chubb withheld $610,000 relating to GCOP.
4. A written demand for payment was made.
5. Funds remain unpaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 19, 2026

/s/ Mohammad Sabri
Mohammad Sabri
6813 Creston Road
Minneapolis, MN 55435
Plaintiff, Pro Se