**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MOHAMMAD SABRI and MONA SABRI,

Plaintiffs,

v.

CHUBB INDEMNITY INSURANCE COMPANY,

Defendant.

Case No. 0:26-cv-01689 (PJS/SGE)

**EXHIBIT INDEX**

EXHIBIT A – Appraisal Award

EXHIBIT B – February 13 Letter/Email Refusing GCOP

EXHIBIT C – Demand Letter

Date: March 19, 2026

/s/ Mohammad Sabri

Mohammad Sabri
6813 Creston Road
Minneapolis, MN 55435
Plaintiff, Pro Se