**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

MOHAMMAD SABRI and MONA SABRI,

Plaintiffs,

v.

CHUBB INDEMNITY INSURANCE COMPANY,

Defendant.

Case No. 0:26-cv-01689 (PJS/SGE)

**PROPOSED ORDER**

This matter came before the Court on Plaintiffs' Motion to Confirm Appraisal Award, Strike Improper Payment Conditions, and Compel Payment.

Having reviewed Plaintiffs' Motion, the supporting Memorandum of Law, the Declaration of Mohammad Sabri, the exhibits submitted in support thereof, and the files and proceedings herein, and for good cause shown, the Court finds that the requested relief is appropriate.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Confirm the Appraisal Award is GRANTED.

2. The Court confirms that the appraisal process conducted pursuant to the parties' insurance policy determined the amount of Plaintiffs' loss.

3. The Court finds that General Contractor Overhead and Profit ("GCOP") is part of the amount of loss determined through the appraisal process.

4. Defendant may not impose post-appraisal payment conditions not contained in the appraisal award.

5. Defendant shall pay Plaintiffs $610,000 representing unpaid amounts determined through the appraisal process.

6. Defendant shall issue payment within fourteen (14) days of this Order.

7. This Order concerns only enforcement of the appraisal award and does not adjudicate remaining claims in this litigation.

8. This Order does not determine coverage issues, liability issues, bad faith claims, or any additional damages, and all rights and defenses not addressed herein remain preserved.

9. The Court retains jurisdiction to enforce this Order.

Date: ______________________

______________________________________
The Honorable Patrick J. Schiltz
United States District Judge